**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0563-17T3

961 RANDOLPH ASSOCIATES,
LLC and COMMERCIAL
INDUSTRIAL ACOUSTICS, INC.,

     Plaintiffs-Respondents,

v.

RANDOLPH BUSINESS CAMPUS
CONDOMINIUM ASSOCIATION,

     Defendant,

and

DOMENICK CASERTA, JOSEPHINE
CASERTA, GGB ENTERPRISES, LLC,
and THE HIPPIE SHOP, LLC,

     Defendants/Third-Party
     Plaintiffs-Appellants,

v.

DOMINIC R. CERRATO,

     Third-Party Defendant-Respondent.

_____

Submitted September 13, 2018 – Decided  November 7, 2018

Before Judges Whipple and DeAlmeida.

On appeal from Superior Court of New Jersey, Law Division, Morris County, Docket No. L-0509-15.

McHugh & Brancato, LLP, attorneys for appellants (Mark J. Brancato, on the briefs).

O'Brien & Thornton, LLC, attorneys for respondents (Merrill M. O'Brien, on the brief).

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0563-17T3